# CHAPTER 13 PLAN - AMENDED

Case No.: **15-82835**

| Debtor(s): | Paul Fredrick Spinks | SS#: **xxx-xx-6713** | Net Monthly Earnings: | **843.41** |
|---|---|---|---|---|
| | Rebecca Marie Spinks | SS#: **xxx-xx-7243** | Number of Dependents: | **1** |

1. Plan Payments:

( _____ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

( **X** ) Payroll deduction Order: To **H & H Technologies** for

$ **97.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

( **X** ) Payroll deduction Order: To **Alabama Cullman Yutaka Technology** for

$ **97.63** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

Length of plan is approximately __**60**__ months, and the total amount of debt to be distributed by the Trustee is approximately $ __**50,604.60**__ .

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Ecmc | Taxes and certain other debts | $1,500.00 | $750.00 |

B. Total Attorney Fee: $ **2,500.00** ; $ **75.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **242.50** per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Vanderbilt Mortgage | $33,803.00 | ☐ by Trustee<br>■ by Debtor<br>$520.00 | 10/2015 | $677.53 | 0 | 5.25% | $13.72 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Badcock | $0.00 | $1,800.00 | $1,800.00 | $0.00 | Sofa, mattress set, 42" TV, Chest freezer, lawn mower, weed eater & tablet - Location: 354 County Road 489, Hanceville AL 35077 | 5.25% | $36.46 | Month 1 |
| Chase auto | $0.00 | $15,385.00 | $15,385.00 | $0.00 | 2015 Ford Fiesta - Location: 354 County Road 489, Hanceville AL 35077 | 5.25% | $288.17 | Month 1 |
| Farmers Furniture | $0.00 | $2,631.00 | $2,631.00 | $0.00 | Living Room Couch and Loveseat - Location: 354 County Road 489, Hanceville AL 35077 | 5.25% | $53.29 | Month 1 |
| Nicholas Financial Inc | $0.00 | $14,585.05 | $14,585.05 | $0.00 | 2005 Chevy Silverado | 5.25% | $280.53 | Month 1 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

☐   This is an original plan.

☑   This is an amended plan replacing plan dated __10/20/15__ .

☑   This plan proposes to pay unsecured creditors __12__ %.

☑   Other Provisions:

**Special Intentions:**
**Credit Central: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2).**
**Creditcentrl: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2).**
**Regional Finance of Cullman: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2).**
**Sun Loan: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2).**
**World Finance Corp: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2).**
**United Consumer Financial Services: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.  Creditor shall be allowed an unsecured claim for the deficiency balance owed.**
**Special Intentions:**
**(1) All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments.**
**(2) Payments by the Trustee-Pursuant to 11 U.S.C. § 1326(b), from money received, the trustee shall first pay 507(a)(2) costs, filing fees and then attorneys fees of $2,425.00. When these costs have been paid, the trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro rata to properly filed unsecured claims.**
**(3) ALL SECURED CLAIMS SHALL BE PAID AS NOTED IN SECTION 2 OR UNTIL SAID CLAIM IS PAID IN FULL. CLAIMS DISTRIBUTION WILL BE SUBJECT TO MODIFICATION AFTER BAR DATE REVIEW.**
**(4) Allowed secured claims will receive adequate protection from the date of confirmation or from the bar dated if the claim is filed after confirmation, until the debtor's attorney fee is paid in full. At such time as the debtors' fee is paid, the allowed secured claims shall be paid in monthly payments set forth above.**

Name/Address/Telephone/Attorney for Debtor (s)
**Seth B. Thompson**

**1701 Main Avenue SW, Suite 5**
**Cullman, AL 35055-0801**

Telephone #   **(256) 734-4591**

Date __November 12, 2015__

**/s/ Paul Fredrick Spinks**
**Paul Fredrick Spinks**
Signature of Debtor
**/s/ Rebecca Marie Spinks**
**Rebecca Marie Spinks**
Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following parties via U.S. Mail, postage prepaid and properly addressed or via the Court ECF filing procedure:

Mr. Michael Ford
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

All creditors on attached matrix dated November 13, 2015

On this the 13th day of November 2015.

s/ Seth B. Thompson
Of Counsel

Label Matrix for local noticing
1126-8
Case 15-82835-CRJ13
NORTHERN DISTRICT OF ALABAMA
Decatur
Fri Nov 13 08:38:17 CST 2015

(p)FARMERS FURNITURE
ATTN CORPORATE CREDIT DEPT
PO BOX 1140
DUBLIN GA 31040-1140

Steering Committee
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Vanderbilt Mortgage and Finance, Inc.
PO Box 9800
Maryville, TN 37802-9800

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

ALABAMA POWER COMPANY
P.O. BOX 12465
BIRMINGHAM, AL  35202-2465

(p)W S BADCOCK CORPORATION
POST OFFICE BOX 724
MULBERRY FL 33860-0724

Capio Partners Llc
Attn: Bankruptcy
2222 Texoma Pkwy  Ste 150
Sherman, TX 75090-2481

Chase auto
Attn: National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038-9505

Colonial Finance Company
1850 Cherokee Ave. Sw,
 Suite G
Cullman, AL 35055-7503

Community State Bank
Attention: Bankruptcy
Po Box 3910
Tupelo, MS 38803-3910

Credit Central
700 E North St Ste 15
Greenville, SC 29601-3013

Credit Systems Intl In
1277 Country Club Ln
Fort Worth, TX 76112-2304

Creditcentrl
1207 2nd Avenue Nw
Cullman, AL 35055-1701

Easy Money
6785 BobCat Way, Suite 200
Dublin, OH 43016-1443

Ecmc
Po Box 16408
St. Paul, MN 55116-0408

First Premier Bank
Po Box 5524
Sioux Falls, SD 57117-5524

Ginnys/Swiss Colony Inc
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Medical Data Systems I
2001 9th Ave
Suite 312
Vero beach, FL 32960-6413

Nc Financial
200 W Jackson Blvd Ste 2
Chicago, IL 60606-6941

Nicholas Financial Inc
Attn: Natalie Bullen
2454 Mcmullen Booth Ridge Rd, Bldg G
Clearwater, FL 33759-1353

REGIONAL MANAGEMENT CORPORATION
PO BOX 776
MAULDIN, SC 29662-0776

Regional Finance of Cullman
1710 2nd Avenue SW, Suite 5
Cullman, AL 35055-5337

Security Fin
Sfc Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304-1893

Sun Loan
1722 2nd Avenue SW
Suite 11
Cullman, AL 35055-5337

Sun Loan #242
1722 2nd Ave Sw
Cullman, AL 35055-5337

Traditions Bank
109 2nd Ave Nw
Cullman, AL 35055-3426

United Consumer Financial Services
865 Bassett Rd
Westlake, OH 44145-1194

Vanderbilt Mortgage
Attn: Bankruptcy Dept
P.O. Box 9800
Maryville, TN 37802-9800

W. S. Badcock Corporation
attn Nancy Ricketson
Post Office Box 724
Mulberry, FL 33860-0724

```
World Finance Corp                      Michael Ford                          Paul Fredrick Spinks
World Acceptance Corp/Attn Bankruptcy   Chapter 13 Standing Trustee           354 County Road 489
Po Box 6429                             P.O. Box 2388                         Hanceville, AL 35077-8011
Greenville, SC 29606-6429               Decatur, AL 35602-2388


Rebecca Marie Spinks                    Seth B Thompson
354 County Road 489                     The Thompson Law Firm, LLC
Hanceville, AL 35077-8011               1701 Main Avenue SW, Suite 5
                                        Cullman, AL 35055-5350
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Farmers Furniture                       Badcock                               (d)Farmers Furniture
Attn Corporate Credit                   1707 Cherokee Avenue SW               Attn: Corporate Credit
PO Box 1140                             Cullman, AL 35055                      P.O. Box 1140
Dublin, GA 31040-1140                                                         Dublin, GA 31040
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Vanderbilt Mortgage and Finance, Inc.   End of Label Matrix
PO Box 9800                                Mailable recipients    34
Maryville, TN 37802-9800                   Bypassed recipients     1
                                           Total                  35
```